UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04CR10017-GAO |
| | ) | VIOLATIONS: |
| v. | ) | 18 U.S.C. § 401(3) |
| | ) | (Criminal Contempt) |
| WILLIAM P. SMALLWOOD | ) | |

## INDICTMENT

<u>COUNT ONE</u>: 18 U.S.C. § 401(3) (Criminal Contempt of Court)

The Grand Jury charges that:

On or about and between April 2, 2003 and January 7, 2004, at Boston, in the District of Massachusetts,

WILLIAM P. SMALLWOOD

defendant herein, did unlawfully, knowingly, and intentionally disobey and resist a lawful order, rule, decree, and command of a Court of the United States of America, to wit: an order issued by the United States District Court, District of Massachusetts (Gertner, J.), dated April 1, 2003, compelling the defendant to testify and to provide other information to the grand jury, pursuant to Title 18, United States Code, Sections 6002-6003.

All in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

_____ 1/21/04
FOREPERSON OF THE GRAND JURY


_____
John T. McNeil
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; January 21, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
1-21-04 at 11:57 Am

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:**     Category No. **II**     Investigating Agency **ATF**

City **BOSTON**

County **SUFFOLK**

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **WILLIAM P. SMALLWOOD**     Juvenile [ ] Yes [X] No

Alias Name _____

Address _____

Birth date: **1979**    SS#: ***-**-4282    Sex: **M**    Race: **CAUC.**    Nationality: **USA**

Defense Counsel if known: **RANDOLPH GIOIA**    Address: **24 SCHOOL STREET, BOSTON, MA 02108**

Bar Number: _____

**U.S. Attorney Information:**

AUSA **JOHN T. McNEIL**     Bar Number if applicable **550473**

Interpreter: [ ] Yes [X] No    List language and/or dialect: _____

Matter to be SEALED: [ ] Yes [X] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[X] Already in State Custody _____ [X] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint    [ ] Information    [X] Indictment

**Total # of Counts:** [ ] Petty ____ [ ] Misdemeanor ____ [X] Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **January 21, 2004**    Signature of AUSA: _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy

Name of Defendant     WILLIAM P. SMALLWOOD

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 401(3) | CRIMINAL CONTEMPT OF COURT | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:   Related to MBD 03-10081 (Civil contempt)

JS 45.wpd - 3/13/02