UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>WILLIAM P. SMALLWOOD   )<br>) | CRIMINAL NO. 04-10017-GAO |

## PETITION FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America respectfully represents:

1. WILLIAM P. SMALLWOOD is presently incarcerated at the Plymouth House of Correction and will be so confined on February 12, 2004, and beyond.

2. That on January 21, 2004, WILLIAM P. SMALLWOOD was charged by way of an Indictment in the above-captioned case on a charge of criminal contempt of court.

3. An arraignment in the above-captioned case is scheduled before the Court at 2:00 p.m. on February 12, 2004.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue for this Honorable Court directed to the United States Marshal for the District of Massachusetts and to the Warden of the Plymouth County House of Correction, and to any other person having custody and control of WILLIAM P. SMALLWOOD, requiring them to produce the said WILLIAM P. SMALLWOOD before the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, on February 12, 2004,

so that he may be present for his arraignment.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Date: February 4, 2004          By:                 
                              JOHN T. McNEIL
                              Assistant U.S. Attorney
                              (617) 748-3242

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing pleading on counsel for the witness, Randolph Gioia, Esq. by mailing a copy first class mail to him at 24 School Street, Boston, Massachusetts 02108 on February 4, 2004.

                                                    John T. McNeil
                                                    Assistant U.S. Attorney