UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10017-GAO |
| ) | |
| WILLIAM P. SMALLWOOD ) | |

## WAIVER

I, **WILLIAM P. SMALLWOOD**, fully understand that a federal detainer arising out of United States v. WILLIAM P. SMALLWOOD, Criminal No. 04-10017-GAO, was placed against me at the Plymouth County House of Correction, and said detainer remains on file at that institution. I also fully understand that I am now a sentenced prisoner, serving a prison sentence imposed upon me by the Commonwealth of Massachusetts.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the federal court securing my presence for proceedings on the above-styled federal indictment.

I have discussed this matter fully with my attorney, and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings in this case, United States v. WILLIAM P. SMALLWOOD, Criminal No. 04-10017-GAO, and I further voluntarily consent to the federal court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in federal court, and voluntarily consent to be returned to state custody after each proceeding at which my presence was

achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

Signed in Boston, Massachusetts.

_William Smallwood_
**WILLIAM P. SMALLWOOD**, Defendant

2/12/04
Date

*Witnessed by:*

_[signature]_

Attorney for the Defendant

2/12/04
Date