UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10017-GAO

UNITED STATES OF AMERICA

v.

WILLIAM P. SMALLWOOD

**FURTHER ORDER ON EXCLUDABLE TIME**

March 24, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 24, 2004 through May 5, 2004,

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of the court dated February 12, 2004, and this order, at the time of the Final Status Conference on May 5, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (March 11 - 23, 2004), and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge