UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10017-GAO

UNITED STATES OF AMERICA

v.

WILLIAM P. SMALLWOOD

## NOTICE OF RESCHEDULED STATUS CONFERENCE

PLEASE TAKE NOTICE THAT the status conference presently scheduled for Wednesday, May 5, 2004 at 10:15 a.m. has been rescheduled to **2:30 p.m.** on that same date. The parties' Joint Memorandum remains due THREE business days prior to that Status Conference.

TONY ANASTAS,
CLERK OF COURT

/ s / Jolyne D'Ambrosio
Deputy Clerk

DATED: April 27, 2004