UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA         )
                                 )
                                 )  NO. 04-10017-GAO
          v.                     )
                                 )
                                 )
William SMALLWOOD                 )


**MOTION TO CONTINUE FINAL STATUS CONFERENCE
(ASSENTED TO)**


Now comes the defendant in the above-entitled matter
and moves this Honorable Court to continue the final status
conference from May 5, 2004 to May 19, 2004.

In support of this request, the defendant states that
his counsel needs more time to assess the sentencing
guidelines for criminal contempt.  Specifically, because
the criminal contempt guidelines are directly linked to the
underlying case in which the defendant was called as a
witness, the defendant's counsel needs to carefully review
the underlying case file.  The Assistant United States
Attorney has agreed to allow the defendant's counsel to
review pertinent sections of the government's case file in
the underlying matter.  The defendant's counsel will have
time to review the case file within the next two weeks.
After review of the case file, the defendant will have a

more informed assessment of the sentencing guidelines in this case.

The defendant has notified the Assistant United States Attorney, John McNeil, of his request, and the prosecutor assents to continue the final status conference until May 19, 2004.

Respectfully submitted,
WILLIAM SMALLWOOD

By: __/s/_____
Randolph Gioia, Esq.
24 School Street
8th Floor
Boston, MA  02108
(617) 367-2480
BBO# 193480

ASSENTED TO:

By: _/s/_____
John T. McNeil, Esq.
U.S. Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3242
john.mcneil@usdoj.gov