UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10017-GAO

UNITED STATES OF AMERICA

v.

WILLIAM P. SMALLWOOD

## FURTHER ORDER ON EXCLUDABLE TIME

May 5, 2004

DEIN, M.J.

A Final Status Conference was scheduled before this Court for May 5, 2004. The defendant, William P. Smallwood, with the assent of the government, has requested a continuance in order to allow time for counsel to assess the sentencing guidelines for criminal contempt. The court, therefore, orders the following period of time excludable from the time period within which trial must commence:

May 5, 2004 - May 19, 2004

that being the time between the Final Status Conference as originally scheduled and the rescheduled Final Status Conference.

**The Final Status Conference has been rescheduled for May 19, 2004 at 2:45 p.m.** Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods

of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

       / s / Judith Gail Dein
      JUDITH GAIL DEIN
      United States Magistrate Judge