UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10017-GAO |
| | ) | |
| WILLIAM P. SMALLWOOD | ) | |

## JOINT STATUS REPORT

The United States of America and the defendant, WILLIAM P. SMALLWOOD, respectfully submit this Joint Status Report. The parties anticipate that this matter will proceed by way of plea rather than trial, and request that the file be forwarded to the district court session for a Rule 11 hearing.

| | |
|---|---|
| WILLIAM P. SMALLWOOD | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |

| | | |
|---|---|---|
| __/s/ Randolph Gioia_____ | By: | _/s/_ John T. McNeil__ |
| RANDOLPH GIOIA | | JOHN T. McNEIL |
| 24 School Street | | Assistant U.S. Attorney |
| Boston, MA 02108 | | U.S. Courthouse |
| (617)367-2480 | | 1 Courthouse Way, Suite 9200 |
| | | Boston, MA 02210 |
| | | (617) 748-3242 |

Date: May 19, 2004