**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:

YOU ARE COMMANDED to have the body of _____

now in your custody, before the United States District Court for the District of Massachusetts, United

States Courthouse, 1 Courthouse Way, Courtroom No._____, on the _____ floor, Boston,

Massachusetts on _____, at _____ M.

for the purpose of _____

in the case of    UNITED STATES OF AMERICA V. _____

CR Number _____

And you are to retain the body of said _____ while before

said Court upon said day and upon such other days thereafter as his attendance before said Court shall be

necessary, and as soon as may be thereafter to return said _____ to the

institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not

been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings

herein.

Dated this _____ day of_____.


_____

                                                                        TONY ANASTAS
                    SEAL                                                CLERK OF COURT

                                                                        By:_____
                                                                               Deputy Clerk


(Habeas Writ.wpd - 2/2000)