UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Plymouth County

YOU ARE COMMANDED to have the body of   WILLIAM SMALLWOOD   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   9   , on the   3RD   floor, Boston, Massachusetts on   NOVEMBER 22, 2004  , at   2:15PM  

for the purpose of   SENTENCE  

in the case of    UNITED STATES OF AMERICA V.   WILLIAM SMALLWOOD  

CR Number   04-10017-GAO  

And you are to retain the body of said   WILLIAM SMALLWOOD   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   WILLIAM SMALLWOOD   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   18TH   day of   NOVEMBER 2004  


  GEORGE A. O'TOOLE, JR  
UNITED STATES DISTRICT JUDGE

                                TONY ANASTAS
                                CLERK OF COURT
            SEAL

                                By:  PAUL S. LYNESS  
                                Deputy Clerk

(Habeas Writ.wpd - 2/2000)