UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Plymouth House of Corrections

YOU ARE COMMANDED to have the body of   WILLIAM SMALLWOOD

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   9  , on the   3rd   floor, Boston, Massachusetts on  January 5, 2005 , at  2:00pm 

for the purpose of   Sentence

in the case of     UNITED STATES OF AMERICA V.   WILLIAM SMALLWOOD

CR Number   04-10017

And you are to retain the body of said   WILLIAM SMALLWOOD   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   WILLIAM SMALLWOOD   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   28th   day of   December, 2004                                                      .


GEORGE A. O'TOOLE, JR
_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                                                      TONY ANASTAS
                                                     CLERK OF COURT
            SEAL

                                                     By:   PAUL S.  LYNESS
                                                          Deputy Clerk


(Habeas Writ.wpd - 2/2000)