AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WILLIAM P. SMALLWOOD

## WARRANT FOR ARREST

CASE NUMBER: 04-10017-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   WILLIAM P. SMALLWOOD
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CRIMINAL CONTEMPT OF COURT

in violation of Title _____ United States Code, Section(s) 401(3)

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____   by _____

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ATF
ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/26/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.