LAW OFFICE OF

# RANDY GIOIA

24 SCHOOL STREET, 8TH FLOOR
BOSTON, MASSACHUSETTS 02108

RANDY GIOIA
randygioia@aol.com

J.P. LATTIMORE
jplattimore@aol.com

TELEPHONE: (617) 367-2480
FAX: (617) 723-5601

February 24, 2005

The Honorable George A. O'Toole, Jr.
John Joseph Moakley United States Courthouse
Suite 4710
One Courthouse Way
Boston, MA 02210

RE:   United States v. William Smallwood
      No. 04-10017-GAO

Dear Judge O'Toole,

Mr. Smallwood has asked me to submit the following attachments in connection with his sentencing, now scheduled for March 3, 2005:

- Supplemental Memorandum submitted pro se by Mr. Smallwood;

- Letter from Mr. Smallwood addressed to the Honorable George A. O'Toole, Jr.;

- Copy of letter to the court from Diane Gonzalez, Mr. Smallwood's mother.

Thank you for your attention to this matter.

Sincerely,

Randy Gioia
RG/hs
Sent electronically with attachments
cc: James F. Lang, Esq. (electronically)
    William Smallwood (without attachments)