US. V. WILLIAM P SMALLWOOD

Supplemental memorandum
Submitted by,
WILLIAM. P. SMALLWOOD 10-15-79.
Defendant. 04-10017-GAO

I FEEL as though, other Relevant Issue's pertaining to my Sentencing was not Submitted by my Attorney of Record. as In Downward Departure's In my Sentencing memorandum For Departures. So i am on my own behalf Submitting Thees Relevant issues.

1). Dual prosecution by State and federal Governments.

prosecution by both Federal And State Governments is circumstance of a kind, not consindered by the guidelines, but case remanded to determine whether departure, Should be considered. because of unFairness raised by Successive state and federal prosecutions. SEE — US.V. Haggerty F3D 901 10th. 1993
US. V. Koon 833 F.Supp 769, 786 (CD cal 1993)
US. V. Koon 518 US. 81 (1996).



also
Issue's on,
Delay in arrest or charges
Because of Delay In bringing federal charges, prejudiced the Defendant's opportunnity to obtain a Sentence concurrer to the State Sentence i was already Servin

I was taken into custody on (July 19. 2001,)
I was Sentence to 2½ 3 years state prison on or about (Oct. 22 2002).
~~the most~~, I was not Indicted, in federal Court on criminal contempt of court until 1/21/04; when the first Attempt to speak to me by the government was on 1-29-03 while Serveing my State Sentence. hence Delay on the governments part. and manipulation, of charges.

Submitted by
William.p. Smallwood

x william Smallwood
2/16/05

Randy Gioia
BBO # 193480
24 School St 8th floor boston M



<u>Credit For State time.</u>
That was based on conduct relevant to Feder offense - Expired State Sentence.

as is Stated In the Sentenceing memoraidum To the government, my State case is extensively Fused with the government case under 5k2.0 the Judge has authority to departe down From the guidelines To take into account An expired State term of imprisonment that was based on conduc inextricably intertwined with the Federal offense. US v. o'Hagan 139 F3d 641 8th
US v. otto 176 F3D 416, 418. 8th.