(1)

2-15-05

Dear
  - Honorable judge -
My name is William Smallwood,
i am set to be sentence in your court on march 3. 2005 at 2pm.
for the matter of criminal contempt of court.
i just whanted to sub-mit to you in writeing on a personal level. of the back round. and upbringing of my self.
i am 25 years old. a resident of chelsea mass. and a carpet installer by trade.,
i drop out of school at an young age. do to family problem's and my issues of (A.D.D. and aDHD.)
So i am not well educated as some one of my age should be, i have never had a family structure or a support system growing up, my parents, where separated when i was young.,
i lived with my mother until i was 10 years old despite my wish to live with my father, after being to much for my mother to handle and being exposed to my older brother being sexually abused by my now deceased step father, i was sent to live with my father, and ulti-mately i was sent to live with my grand-mother, wich is my fathers mother,
i started useing drugs and alcohol. at a young age, always useing an excessive amount thinking that my problems would disappear.

only to find out in the end.. that, that, would not happen;

i consider my self some one that got off to a bad start in life, some one that was never given a real start;

but i dont consider my self a criminal, or a threat to the community ither,

i have paid a debt to the community, years 3;8months. i have done many programs while in prison to better my self as a man. and hope to continue when, released.,

also my grand-mother wich is the only one to ever really care for me in my life is on her own and very ill, i need to be out to be able to care for her.

so i ask the court to please use any type of leniency, it see fit so i am not to become, institutionaliced.

also please note, i have a home to go to. and a job offer when releaded.

thank you.

x william Smallwood.