This letter is to enlighten you just a little on William's life.

His father and I divorced when he was about two, his father wasn't around that much, when he did show up he would dump them at his mothers house the go out drinking. I remarried when William was young. I was still very young myself I grew up in an abusive home, so I didn't know how to deal with the things that came up.

It turns out Williams step dad was sexual abusing to his brother Jimmy. I didn't handle the problem all that well. I sent them to go live with their dad. I stayed with my husband (Williams step dad).

William's father tryed to deal with him but it was hard the damage was done, William felt alone and on his own.

Unfortunatly by the time I got therapy and meds for myself I feel William already felt alone in the world

Diane Gonzalez